UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**EMPLOYMENT DISCRIMINATION COMPLAINT FOR
PRO SE LITIGANTS IN ACTIONS FILED UNDER
42 U.S.C. § 2000e, *et seq.*, (Title VII of the Civil Rights Act)
29 U.S.C. § 621, *et seq.*, (Age Discrimination in Employment Act); or
42 U.S.C. § 12112, *et seq.*, (Americans with Disabilities Act)**

Mary Ross Haigh                          ,
*(Write the full Name of each Plaintiff who is filing this complaint. If the names of all the Plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Trulieve, Inc.                          ,

_____,
*(Write the fill name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.: 4:25cv84-mw/mjf
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
✓ **YES**  ☐ **NO**



## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

1. Plaintiff's Name: Mary Ross Haigh

    Address: 538 Collins Rd I

    City, State, and Zip Code: Havana, FL 32333

    Telephone: 850-459-4383 _(Home)_ 850-459-4383 _(Cell)_

2. Plaintiff's Name: NA

    Address: _____

    City, State, and Zip Code: _____

    Telephone: _____ _(Home)_ _____ _(Cell)_

    _(Provide this information for any additional Plaintiffs in this case by attaching an additional page, as needed.)_

B. Defendant(s)

1. Defendant's Name: Trulieve, Inc

    Name of Employer _(if relevant)_: _____

    Address: 3494 Martin Hurst Rd

    City, State, and Zip Code: Tallahassee, FL 32312

2. Defendant's Name: NA _____

    Name of Employer *(if relevant)*: _____

    Address: _____

    _____

    City, State, and Zip Code: _____

    *(Attach a page to provide this information for any additional Defendants.)*

## II. BASIS FOR JURSIDICTION

This case is brought for discrimination in employment pursuant to:

*(Check all that apply)*

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. § 2000e - § 2000e-17 *(race, color, gender, religion, national origin)* ***(Note: To bring a federal lawsuit under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)***

✓ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. § 621 to § 634. ***(Note: To bring a federal lawsuit under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)***

✓ Americans with Disabilities Act of 1990 [A.D.A.], as codified, 42 U.S.C. § 12112 to § 12117. ***(Note: To bring a federal lawsuit under the A.D.A.,***

*you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other Federal Law *(be specific)*:_____

_____

☐ Relevant State Law *(specify, if known)*:_____

_____

☐ Relevant City or County Law *(specify, if known)*: _____

_____

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do. Identify how each named Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

1. Plaintiff was employed by Defendant as Flower Processor on November, 22, 2021 at Quincy, Florida facility. Defendant's response to charges dated

## Statement of Claim, Continued *(Page 2__ of 4___)*

September 4, 2024, Exhibit 1B, falsely claims she worked in Tallahassee.

2. November 28, 2021 Plaintiff experienced first on-set of injury at home later diagnosed as Lumbar Degenerative Disease, having to miss work on the 29th and 30th, at Emergency Room, a referral follow-up with Chiropractor.

3. December 1, 2021 Plaintiff returned to work, presenting documents from the doctors. The notes were refused and Brandy Orr (manager) said she had "points" against her attendance, with no more than 3 allowed in 90 days, or your fired.

4. December 13, 2021 Brandy Orr informed Plaintiff that an ADA form from doctor is required but missing work to get form will incur more points, later refuted in Defendant's response to charges, Section I, Exhibit 1B.

5. December 21, 2021 Plaintiff presents first ADA form to HR, stating she needs frequent breaks from standing and moving, no lifting over 20#, no pushing or pulling over 50#, and can't sit for more than six hours per day.

6. January 15, 2022, Due to assigned seats Plaintiff requests from Parker Gaskin (supervisor) a position away from center of room, noise, triggering compound PTSD from carjacking in Orlando. Request was made and denied six more times on February 15, February 25, March 15, March 18, March 22, April 4.

7. January 25, 2022 Plaintiff submitted addendum to ADA form from doctor to HR requiring the use of a special chair with cushion support.

## Statement of Claim, Continued *(Page 3__ of 4___)*

8. February 1, 2022, Plaintiff told no employee can be reassigned or promoted for The first six months after their hire date. This is later proven not to apply to all persons of all races, ages, genders. Even Parker Gaskin was promoted early.

9. February 7 through 15, witnessed by Parker Gaskin (supervisor) a same room co-worker Andrika Mullins incites others in accusing Plaintiff of not doing her job, getting away with different tasks, and that age and race are the reason.

10. February 24, 2022 Plaintiff submits another ADA form, restricting her from tasks such as mopping, shifting product, and reaffirming she may need short-notice additional time off during flair ups, or to seek medical attention.

11. February 25, 2022, Plaintiff met with Brandi Orr, Parker Gaskins, and Natches "Nate" Dickey (facility director) to formalize her harassment and hostile work Environment complaint, reinforcing her need for accommodation. Not feeling reassured, the written formal complaint was emailed to HR that evening.

12. February 26, 2022. Instead of helping Plaintiff leave the hostile environment, Andrika was reassigned, subjecting her to ridicule and on-going harassment by Andrika's colleagues who were left in this room and role with her.

13. February 27 through March 15, witnessed by Parker Gaskins, Jennifer Rogers, and Jadzia Pierce, co-worker Bryant Johnson, escalated the hostility, making sexually explicit and comments about Plaintiff, what she reported, alleged

## Statement of Claim, Continued *(Page 4__ of 4___)*

her motivations to be based on her race, gender, and age – labeling her as an "snitch, rat, untrustworthy 'piece of candy' (what he called 'his women')".

14. March 18, 2022, Plaintiff emails HR reporting fear of retaliation, active and on-going retaliation, explicit behavior, sexual harassment and need for help.

15. March 22, 2022, Plaintiff meets new HR (Kimberly Grant) who has no record of her ADA forms, and after this meeting Parker Gaskin is told by Brandy Orr to start charting attendance points any time Plaintiff leaves for medical care.

16. March 23, 2022, instead of moving Plaintiff to safe location, Bryant Johson is reassigned. He continues to instigate issues in parking lot and on breaks.

17. March 28, 2022 Plaintiff gives written two-week notice, and on March 29, 2022 Kimbery Grant and Nate Dickey meet to discuss her resignation but also, warning Plaintiff that Bryant's behavior is justified due to cultural differences and the age gap, which did not constitute harassment or hostile.

18. April 1, 2022 Plaintiff had to leave early due to medical issue, but Brandi Orr wrote her up for it, April 4th. When Plaintiff mentioned the ADA forms and wanting a copy of the signed writeup, Brandi Orr offered Plaintiff opportunity to tear it up (witnessed by Parker Gaskin). This seemed like a trap.

19. Plaintiff's last day was April 8th, 2022. Charges were filed with EEOC on November 29, 2022. Defendants' responses were refuted by email evidence.

A. The discriminatory conduct at issue includes (check all that apply):

☐ Failure to hire

☐ Termination of employment

✓ Failure to promote

✓ Failure to accommodate disability

✓ Unequal terms and conditions of employment

✓ Retaliation

☐ Other acts (specify): _____

*(ATTENTION: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission may be considered by the federal district court under the federal employment discrimination statutes.)*

B. The alleged discriminatory acts occurred on: <u>in 2021 – Dec. 1st, in 2022 on Jan 15, Feb 1, 25, 26, March 18, 22, 23, 39, and April 1st.</u>

☐ Plaintiff sought employment with Defendant on <u>NA</u> or

✓ Was employed by Defendant from <u>Nov 22, 2021</u> until <u>April 8, 2022</u>

C. The location where Plaintiff was employed or sought employment was:

Address: <u>6749 Ben Bostick Rd</u>

City, State, and Zip Code: <u>Quincy, FL 32351</u>

## IV. EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

A. Plaintiff filed charges against Defendant with the Equal Employment Opportunity Commission or the Florida Commission on Human Rights on: <u>November 28, 2022</u>

B. Respondent(s) named on the charging document were: <u>Trulieve, Inc.</u>

*(If possible, attach a copy of the charges filed.)*

C. The Equal Employment Opportunity Commission: *(check one)*

☐ Has not issued a Notice of Right to Sue letter.

✓ Issued a Notice of Right to Sue letter which I received on <u>Nov, 29, 2024</u>

***(Note: You must attach a copy of the Notice of Right to Sue letter received from the Equal Employment Opportunity Commission to this complaint.)***

D. As claimed in the Equal Employment Opportunity Commission charging document, Defendant discriminated against Plaintiff because of Plaintiff's:

✓ Gender/Sex *(please identify)* <u>Female</u>

✓ Race *(please identify)* <u>Caucasian</u>

✓ Color *(please identify)* <u>White</u>

☐ Religion *(please identify)* <u>NA</u>

☐ National origin *(please identify)* <u>NA</u>

✓ Disability/Perceived Disability *(please identify)* <u>Lumbar Degenerative Disease and Compound PTSD</u>

✓ Age *(please provide your year of birth only if you asserting a claim for age discrimination)* <u>1978</u>

✓ Other *(please identify)* <u>Retaliation</u>

E. Plaintiff:

☐ Filed charges concerning this discrimination with the Florida Commission on Human Relations on; or

✓ Did not file.

F. If asserting a claim for age discrimination, please indicate the amount of time that has elapsed since filing your charge of age discrimination with the Equal Employment Opportunity Commission regarding the Defendant's alleged discriminatory conduct *(check one)*:

✓ 60 days or more have elapsed.

☐ Less than 60 days have elapsed.

If this is a disability-related claim, did Defendant deny a request for a reasonable accommodation?   ✓ Yes   ☐ No

Explain: <u>Repeated age-based, race-based, due to accommodations needed and disability, reported, but only made worse. Not solved. Misrepresented.</u>

G. The facts as set forth above in Section III of this complaint:

☐ Are still being committed by Defendant against Plaintiff

✓ Are no longer being committed by Defendant against Plaintiff

H. Plaintiff:

☐ Still works for Defendant

✓ No longer works for Defendant

☐ Was not hired

## V. RELIEF

Briefly state what damages you are requesting and include the amounts of any actual damages claimed and the basis for these amounts. Include any punitive or exemplary damages requested and state the reasons you believe you are entitled to such damages:

(a) Judgement against Defendant and for Plaintiff awarding all legally available general and compensatory damages and economic loss (wages, life-long health and mental care, pain and anguish) for violations herein;

(b) Judgement against Defendant and for Plaintiff permanently enjoining Defendant from future violations of law enumerated herein;

(c) Award Plaintiff interest where appropriate; and

(d) Grant such other future relief as being just and proper under the circumstances.

Plaintiff also requests that the Court grant the following relief to Plaintiff:

- ☐ Defendant be directed to employ Plaintiff

- ☐ Defendant be directed to re-employ Plaintiff

- ☐ Defendant be directed to promote Plaintiff

- ☐ Defendant be directed to _____

_____

- ✓ Plaintiff seeks costs and fees involved in litigating this case and such other relief as may be appropriate, including attorney's fees, if applicable.

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 2-26-25    Plaintiff's Signature: *Mary Haigh*

Printed Name of Plaintiff: Mary Haigh

Address: 538 Collins Rd I

Havana, FL 32333

E-Mail Address: Haighmary1@gmail.com

Telephone Number: 850·459·4383