## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**MARY ROSS HAIGH,**

        *Plaintiff,*

 **v.**                                  **Case No.: 4:25cv84-MW/MJF**

**TRULIEVE, INC., d/b/a**
**TRULIEVE,**

        *Defendant.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 34, and has also reviewed *de novo* Defendant's objections, ECF No. 35. As noted in the report and recommendation, Plaintiff's case is subject to dismissal given her failure to comply with Court Orders and to prosecute this case. Defendant only objects to the recommendation that this dismissal be *without prejudice*. However, "[d]ismissal with prejudice is a sanction of last resort that is to be utilized only in extreme situations." *Morewitz v. W. of England Ship Owners Mut. Prot. & Indem. Ass'n (Luxembourg)*, 62 F.3d 1356, 1366 (11th Cir. 1995). Plaintiff's apparent abandonment of this case in the face of Defendant's motion to dismiss is not the sort of "extreme situation" that warrants dismissal with prejudice. This Court agrees with the Magistrate Judge's recommendation and exercises its discretion to dismiss this case without prejudice in light of Plaintiff's

failure to prosecute and failure to comply with ECF Nos. 32 and 33. *See Riddle v. Florida*, 702 F. App'x 869, 871 (11th Cir. 2017) (concluding that district court did not abuse discretion in dismissing action without prejudice for failure to prosecute and failure to comply with order to respond to pending motion to dismiss).

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 34, is **accepted and adopted**, over the Defendant's objections, as this Court's opinion. Defendant's motion to dismiss, ECF No. 31, is **DENIED as moot**. The Clerk shall enter judgment stating, "Plaintiff's second amended complaint is **DISMISSED without prejudice** for failure to prosecute and failure to comply with Court Orders." The Clerk shall close the file.

**SO ORDERED on June 24, 2026.**

**s/Mark E. Walker**
**United States District Judge**

2